| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **AMENDED JUDGMENT** |
| **vs.** | ) | **(Fed. R. Crim. P. 35(a))** |
| | ) | |
| **Muniqua Z. Poole** | ) | |
| | ) | |

On June 28, 2023, Muniqua Z. Poole appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on February 28, 2024, the court finds as a fact that Muniqua Z. Poole, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to follow the instructions of the probation officer.
3. Failure to participate as directed in a urinalysis program.
4. Failure to obtain a DWI Assessment within the first 30 days of supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for forty (40) days, with jail credit for 10 days. Defendant shall be released **March 28, 2024**.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 5th day of March 2024.

Kimberly A. Swank
U.S. Magistrate Judge